DOROTHY GUTMAN, Respondent, v. LOUIS D. LIVINGSTON et al., as Administrators of the Estate of DAVID H. LIEBERMAN, Deceased, Appellants, Impleaded with Others.

Gutman v. Schreiber, 173 App. Div. 670, affirmed.

(Argued March 4, 1919; decided March 21, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1916, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property. Plaintiff held the mortgage through various assignments. Defendants, appellants, held subsequent mortgages. They interposed an answer setting up as a defense that the mortgage sought to be foreclosed had been paid and discharged, and alleging fraud and conspiracy.

Louis H. Levin for appellants.

Reuben Rodecker and Samuel Levy for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.